# People's Court of Quzhou Intelligent Manufacturing New City, Zhejiang Province

## Proof of Service

[Seal: People's Court of Quzhou Intelligent Manufacturing New City, Zhejiang Province]

| | | | |
|---|---|---|---|
| Cause of Action | *Tort Liability Dispute* | Case No. | *(2025) Zhe 0891 Xie Wai Song No. 1* |
| Name and Quantity of Served Documents | *One copy each of the complaint and other relevant materials* | | |
| The Person to be Served | *Quzhou Naijiate Vehicle Co., Ltd.* | | |
| Service Address | *No. 3 Xingye Avenue, Qujiang District, Quzhou City* | | |
| Signature or Seal of the Person to be Served | | | |
| The Person Designated to Receive Documents and Reason(s) for Designation | *Accepted by Jianliang LI (General Affairs of the Company)* | | |
| Reference | | | |

Issued by: *Yan PAN*        Served by: *Yan PAN, Chenxi HE    December 22, 2025*

[Watermark: 21B32E09B0]

Case: 1:25-cv-00253-RAL          Document 3      Filing Date: August 12, 2025        Page 2 of 2

AO 440 (Revised 06/12) Civil Summons (Page 2)

Civil Action No.: 25-253

## Certificate of Service
### *(This section shall not be filed with the court unless otherwise provided in Rule 4(I) of the Federal Rules of Civil Procedure)*

I received the summons on (date)_____from_____ (individual's name and title, if any).

☐  I personally served the summons on the said person on (date) _____at (location)_____; OR

☐  On (date) _____, I left the summons at the person's residence or usual place of abode with (name)_____— a person of suitable age and discretion residing therein, and mailed a copy of the summons to the person's last known address; OR

☐   On (date)___*December 22, 2025*___, I served the summons on (individual's name)__*Jianliang LI*___, who is a person duly designated to accept service of legal documents on behalf of (organization's name) *Quzhou Naijiate Vehicle Co., Ltd.*_____; OR

☐  I have returned the unserved summons because_____; OR

☐  Other (please specify):

My travel expenses $_____, service fee $_____, total $0.00 .

I hereby certify that the foregoing information is true and correct, and I shall be liable for perjury if any statement herein is false.

Date: *December 22, 2025*

*Yan PAN, Chenxi HE*
*Signature of Server*

_____
*Printed Name and Title*

_____
*Address of Server*

Additional Information Regarding Service Attempts, etc.:



# 浙江省衢州智造新城人民法院
## 送达回证

| 案由 | 侵权责任纠纷 | 案号 | (2025)浙0891初外送1号 |
|---|---|---|---|
| 送达文书名称和件数 | 起诉状等材料各一份 | | |
| 受送达人 | 衢州耐佳特车业有限公司 | | |
| 送达地址 | 衢州市衢江区兴业大道3号 | | |
| 受送达人签名或盖章 | | | |
| 代收人及代收理由 | 李建夏(公司法务)代收. | | |
| 备考 | | | |

填发人 冯枓                     送达人 冯枓、阿晨曦  2025.12.27

AO 440（修订版 06/12）民事诉讼传票（第 2 页）

民事诉讼案号：25-253

# 送达证明

## *（除非《联邦民事诉讼法典》第4(I) 条另有规定，否则本部分不应向法院提交）*

我于*（日期）*＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿收到＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿（个人姓名和头衔，如有）的传票。

☐　我亲自于 *（日期）*＿＿＿＿＿＿＿＿＿＿＿＿ 在 *（地点）*＿＿＿＿＿＿＿＿＿＿＿＿向该人送达传票；或者

☐　我于*（日期）*＿＿＿＿＿＿＿＿＿将传票留在该人的住所或惯常住所，交给*（姓名）*＿＿＿＿＿＿＿＿＿一位居住在该处、年龄适宜且有判断力的人士，并将传票副本邮寄至该人的最后已知地址；或者

☐　我于 *（日 期）* 2025.12.22 向 *（个人姓名）* 李建良 送达传票，该人是依法被指定代表*（组织名称）* 贵州耐住特专业有限公司 收法律文书送达的人员；或者

☐　我已退回未送达的传票，因为＿＿＿＿＿＿＿＿＿＿＿＿＿；或者

☐　其他*（请注明）*：

我的差旅费 $＿＿＿＿＿，服务费 $＿＿＿＿＿，总计 $ 0.00。

本人谨此声明：上述信息均属实，否则本人愿意承担伪证责任。

日期：2025年12月22日　　　　　　潘妍．向晨曦

送达人签名

印刷体姓名和头衔

送达人地址

有关送达尝试等的其他信息：

证明书
CERTIFICATE
ATTESTATION

根据公约第六条，签署本证明书的机关荣幸地证明
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

**4422CNS20250829**

1. 文书已予送达*
[√] that the document has been served *
que la demande a été exécutée*

| – 日期:<br>the (date) / le (date) : | 22.Dec,2025 |
| --- | --- |
| – 地点（城镇、街、号）:<br>at (place, street, number) / à (localité, rue, numéro) : | 3 Xingye Avenue Qujian District, Quzhou City Zhejiang |

– 采用的第五条所规定的送达方法为:
in one of the following methods authorised by Article 5:
dans une des formes suivantes prévues à l'article 5 :

[√] **a) 依公约第五条第一款第（一）项的规定。***
in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
selon les formes légales (article 5, alinéa premier, lettre a)*

[ ] **b) 依下述特定方法***
in accordance with the following particular method*:
selon la forme particulière suivante*

[ ] **c) 交付给自愿接受的收件人。***
by delivery to the addressee, if he accepts it voluntarily*
par remise simple*

请求书中所列文书已交付给:
The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| 收件人身份和说明:<br>Identity and description of person:<br>Identité et qualité de la personne : | Jianliang Li |
| --- | --- |
| 与受送达人的关系（家庭、业务及其他）:<br>Relationship to the addressee (family, business or other):<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | Company Staff |

2. 由于下列事实文书未能送达: *
[ ] that the document has not been served, by reason of the following facts*:
que la demande n'a pas été exécutée, en raison des faits suivants*

按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用。
[ ] In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

附:
Annexes / Annexes

| 退还的文书:<br>Documents returned:<br>Pièces renvoyées : | |
| --- | --- |
| 适当时，确认送达的文书:<br>In appropriate cases, documents establishing the service:<br>Le cas échéant, les documents justificatifs de l'exécution : | |

*适当时
if appropriate / s'il y a lieu

| 制于（地点）<br>Done at / Fait à<br>北京<br>Beijing<br>日期<br>the / le<br>2025.12.26 | 签名和（或）盖章<br>Signature and/or stamp / Signature et / ou cachet<br><br>中 华 人 民 共 和 国<br>司 法 部<br>民 商 事 司 法 协 助 专 用 章 |
| --- | --- |

海牙会议 常设局 2013 年 4 月