## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of April, 2026, a true and correct copy of the foregoing **DEFENDANT QUZHOU NAIJIATE VEHICLE CO., LTD'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT AND CROSSCLAIMS AGAINST ALL CO-DEFENDANTS** was served by electronic means through the ECF system to all registered ECF participants in this case.

/s/ *Zachary B. McConnell*
Zachary B. McConnell

0164208.0821791   4930-0851-6511v1
4/10/2026 9:18 am