IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY M. NIELSEN, | : | Case No. 1:25-cv-00253-RAL |
| | : | |
| Plaintiff, | : | Judge Richard A. Lanzillo |
| | : | |
| v. | : | |
| | : | |
| QUZHOU NAIJIATE VEHICLE CO., | : | |
| LTD, *et al.*, | : | |
| Defendants. | : | |

**DEFENDANT QUZHOU NAIJIATE VEHICLE CO., LTD'S
ANSWER AND AFFIRMATIVE DEFENSES TO UPBOUND GROUP, INC. F/K/A RENT-
A-CENTER, INC.'S CROSSCLAIMS**

Defendant Quzhou Naijiate Vehicle Co., LTD ("Quzhou" or "Defendant"), by and through its counsel, FBT Gibbons LLP and Wesley E. Johnson, hereby files its Answer and Affirmative Defenses to Upbound Group, Inc. f/k/a Rent-A-Center, Inc.'s ("Upbound") Crossclaims ("Upbound's Crossclaims") as follows, denying each and every averment set forth therein except those expressly admitted:

1.      Paragraph 1 of Upbound's Crossclaims is an incorporation paragraph to which no response is required. Quzhou hereby incorporates its Answer and Affirmative Defenses to the Plaintiff's Complaint by reference as though fully set forth at length herein.

2.      The averments contained in Paragraph 2 of Upbound's Crossclaims are conclusions of law to which no response is required and are, in any event, denied. Further answering, Quzhou denies any averments that Upbound is entitled to recover indemnification from Quzhou for any judgment or award of damages rendered in favor of Plaintiff and against Upbound in this action.

3.      The averments contained in Paragraph 3 of Upbound's Crossclaims are conclusions of law to which no response is required and are, in any event, denied. Further answering, Quzhou

1

denies any averments that Upbound is entitled to recover contribution from Quzhou for any judgment or award of damages rendered in favor of Plaintiff and against Upbound in this action.

Wherefore, Defendant Quzhou Naijiate Vehicle Co., LTD respectfully demands judgment in its favor and against all other parties.

### AFFIRMATIVE DEFENSES

By alleging the affirmative defenses set forth below, Quzhou does not in any way agree or concede that it has the burden of proof or persuasion on any of these issues, or that the facts alleged in Plaintiff's Complaint and Upbound's Crossclaims are true. Quzhou reserves the right to assert any and all applicable defenses to Upbound's Crossclaims. Quzhou reserves the right to amend or otherwise supplement its pleading on the basis of facts learned during discovery. .

### First Affirmative Defense

Upbound's Crossclaims fail to state a claim upon which relief can be granted against Quzhou.

### Second Affirmative Defense

Upbound's Crossclaims are barred or must be reduced by its own comparative negligence and/or the negligence of third parties.

### Third Affirmative Defense

Quzhou's product was not defective in any manner whatsoever.

### Fourth Affirmative Defense

To the extent the affirmative defenses raised in Quzhou's Answer, Affirmative Defenses and Crossclaims to Plaintiff's Complaint protect Quzhou from liability, those affirmative defenses are herein referred to and incorporated as though fully set forth at length herein.

Respectfully Submitted,

BY:   */s/ Yuanyou Yang*

Yuanyou Sunny Yang (PA# 314822)
Zachary B. McConnell (PA# 323008)
FBT GIBBONS LLP
Union Trust Building
501 Grant Street, Suite 800
Pittsburgh, PA 15219
412-513-4327 Telephone
412-513-4299 Facsimile
syang@fbtgibbons.com
zmcconnell@fbtgibbons.com

Wesley E Johnson (*Pro Hac Vice*)
Cross-Border Counselor LLP
105 W Madison, Ste 2300
Chicago IL 60602
(312)752-4828 Telephone
wjohnson@cbcounselor.com

*Attorneys for Defendant,*
*Quzhou Naijiate Vehicle Co., LTD*

3