## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 20th day of April, 2026, a true and correct copy of the foregoing **DEFENDANT QUZHOU NAIJIATE VEHICLE CO., LTD'S ANSWER AND AFFIRMATIVE DEFENSES TO UPBOUND GROUP, INC. F/K/A RENT-A-CENTER, INC.'S CROSSCLAIMS** was served by electronic means through the ECF system to all registered ECF participants in this case.

*/s/ Zachary B. McConnell*
Zachary B. McConnell

0164208.0821791  4910-5752-5916v1